# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LUQMAN SHABAZZ

NO. 2019 KW 1422

JAN 16 2020

In Re:     Luqman Shabazz, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 04-05-0277.

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "motion to declare La. C. Cr. P. art. 881.2A(2), unconstitutional and contradictory hearing," and "combined motion to set a briefing date and a hearing date as to La. C. Cr. P., arts: 881.2A(2), being unconstitutional," filed January 11, 2019 and May 10, 2019, respectively, on or before February 20, 2020, if it has not already done so. A copy of the district court's action shall be filed in this court on or before February 27, 2020.

**JMM
MRT
WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT